**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:                                                      )
                                                                )         Case no.  23-13035-JDL
MARIA DE JESUS FAJARDO,                    )                              (Chapter 13)
                                                                )
                                    Debtor.    )

**MOTION UNDER RULE 3002.1(f)(1) TO DETERMINE THE STATUS**
**OF THE MORTGAGE CLAIM, AND REQUEST FOR ATTORNEY COMPENSATION**

> **Your rights may be affected.  You should read this document carefully and consult your attorney about your rights and the effect of this document**.  If you do not want the court to grant the requested relief, or you wish to have your rights considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief.  You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the court.  If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.
>
> **The 14-day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

COMES NOW The Debtor and states as follows:

1        The following information relates to the mortgage claim at issue:

**Name of Claim Holder**[1]**:** U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1 Court Claim No.: 7; Debtor's mortgage account is serviced by **Shellpoint.**

**Last 4 digits** of any number used to identify the debtor's account: 2915

---

[1] The original claimant of the subject proof of claim was Barclays Mortgage Trust 2022-RPL1, Mortgage-Backed Securities, Series 2022-RPL1, by U.S. Bank National Association, as Indenture Trustee; the servicer was Gregory Funding LLC.  It assigned its claim to US Bank on June 27, 2024 [Doc. 16].

**Property address:** 1703 Pamela Circle, Norman OK 73071

2   UPON INFORMATION AND BELIEF, as of the date of this motion, the trustee has disbursed payments to cure arrearages as follows:

a.   Allowed amount of the prepetition arrearage, if any:

$ 19,749.36
$     932.45
$.  1,000.00 (post-petition attorney claim)

TOTAL   $ 21,681.81

b.   Total amount of the prepetition arrearage disbursed, if known:
$ 10,605.34
$     500.72
$     528.72

TOTAL   $ 11,634.78

c.   Allowed amount of post-petition arrearage, if any: $0
d.   Total amount of post-petition arrearage disbursed, if known: $0
e.   Total amount of arrearages disbursed: $0

3   As of the date of this motion, UPON INFORMATION AND BELIEF, the trustee has disbursed payments for post-petition fees, expenses, and charges as follows:

a.   Amount of post-petition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: $0
b.   Amount of post-petition fees, expenses, and charges disbursed: $0

4   As of the date of this motion, UPON INFORMATION AND BELIEF, the trustee has made the following payments on the post-petition obligations: $14,966.87 on the current mortgage payment (including PITI.)

5   The Notice of Mortgage Payment Change filed on March 2, 2026, presented a change in the escrow amount which has caused the Plan to become non-feasible.  Debtor cannot note any recent change in the cost of homeowner insurance or property taxes to explain the increase.  The monthly escrow amount increases from $94.83 to $838.21.  This is about a 738% increase.

6        Requests made to the court for an order under Rule 3002.1(f)(3) determining the status of the mortgage claim addressed by this motion and whether the payments required by the plan to be made as of the date of this motion have been made.  Additionally, determine whether the cause for the mentioned increase ($94.83 to $838.21) is an illegal method of collecting a pre-petition debt.  Finally, whether current mortgage payments have been paid to and received by the claimant.

7        Counsel requests compensation in the amount of $750 for services rendered to the Debtor in this Motion and related matters

Respectfully submitted,

/s/ B David Sisson

B. DAVID SISSON, OBA # 13617
LAW OFFICES OF B. DAVID SISSON
224 W. Gray, Suite 203B/P. O. Box 534
Norman, OK  73070-0534
Telephone No. 405.447.2521
Facsimile No. 405.447.2552

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2026, a true and correct copy of the above and foregoing document was electronically served using the CM/ECF system, namely:

John T. Hardeman, Trustee | 13trustee@chp13okc.com
United States Trustee | Ustpregion20.oc.ecf@usdoj.gov
Michael J George Esq. | mgeorge@kivell.com

s/ B David Sisson